**C. JARED CLARK, ESQ.**
Nevada Bar No.: 13672
**CLARK LAW GROUP, PLLC**
6655 W. Sahara Ave., Ste. A212
Las Vegas, NV 89146
Phone 702-330-3272
Fax    702-447-5323
jared@ciclarklawgroup.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY TORRES, | Case No.: 2:21-cv-00046-JAD-NJK |
| Plaintiff, | |
| vs. | **STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF ANTHONY TORRES TO FILE HIS OPPOSITION TO DEFENDANTS' PARTIAL MOTION TO DISMISS PLAINTIFF'S COMPLAINT [ECF #5]** |
| GUSTAVO CONCHAS, individually; THE FISHEL COMPANY, an Ohio Foreign Corporation; DOES 1 through 20, inclusive; and ROE BUSINESS ENTITIES 1 through 20, inclusive, | |
| | **(FIRST REQUEST)** |
| Defendants. | ECF No. 7 |

Plaintiff Anthony Torres' Opposition to Defendants Gustavo Conchas and The Fishel Company's Partial Motion to Dismiss [ECF #5] is due on January 29, 2021. Defendants' counsel, Joel Z. Schwarz, Esq. with H1 Law Group, agreed to allow Plaintiff to file his response up to February 12, 2021. With this Court's approval, the parties hereby agree that the deadline for said Opposition to Defendants' Partial Motion to Dismiss to be filed shall now be February 12, 2021. Plaintiff's counsel requests this extension as he was out of the country and is currently in the process of finalizing administrative paperwork to be admitted to practice in the United States District Court.

/ / /

/ / /

/ / /

/ / /

1          This stipulation is submitted in good faith and is not interposed for purposes of delay.

2    This is the first request to extend the deadline for filing Plaintiff Anthony Torres' Opposition to

3    Defendants' Partial Motion to Dismiss.

4    DATED this 29th day of January 2021.     DATED this 29th day of January 2021.

5    **CLARK LAW GROUP, PLLC**       **H1 LAW GROUP**

6

7    _/s/ C. Jared Clark_____       _/s/ Joel Z. Schwarz_____

    C. Jared Clark, Esq.               Joel Z. Schwarz, Esq.

8    Nevada Bar No. 13672            Nevada Bar No. 9181

    6655 W. Sahara Ave. #A212       701 N. Green Valley Parkway, Suite 200

9    Las Vegas, NV 89146             Henderson, NV 89074

    Phone 702-330-3272           Phone  702-608-3720

10   Fax    702-447-5323             Fax      702-703-1063

    _Attorney for Plaintiff_             _Attorneys for Defendants_

11

12

13                         **ORDER**

14                 **IT IS SO ORDERED:**

15

16                 _____

    U.S. District Judge Jennifer A. Dorsey

17   Dated: February 1, 2021

18

19

20   **CLARK LAW GROUP, PLLC**

21

22   _/s/ C. Jared Clark_

    _____

23   C. JARED CLARK, ESQ.

    Nevada Bar No. 13672

    6655 W. Sahara Ave., Ste. A212

24   Las Vegas, NV 89146

    Phone 702-330-3272

25   Fax    702-447-5323

    jared@ciclarklawgroup.com

26   _Attorneys for Plaintiff_

27

28