# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY TORRES, <br>     Plaintiff(s), <br> v. <br> GUSTAVO CONCHAS, et al., <br>     Defendant(s). | Case No. 2:21-cv-00046-JAD-NJK <br><br> **Order** <br><br> [Docket No. 18] |

    Pending before the Court is Defendants' proposed discovery plan, indicating that Plaintiff has yet to initiate the Rule 26(f) conference. *See* Docket No. 18 at 1. That conference should have taken place two months ago. *See* Local Rule 26-1(a) (conference must be initiated within 30 days "after the first defendant answers or otherwise appears"); *see also* Docket No. 5 (partial motion to dismiss filed on January 15, 2021).[1] Moreover, the proposed discovery plan must be filed jointly. *See* Local Rule 26-1(a). Accordingly, Defendants' proposed discovery plan is **DENIED** without prejudice. Plaintiff's counsel must <u>immediately</u> contact defense counsel to arrange for a Rule 26(f) conference. A joint proposed discovery plan must be filed by April 21, 2021. **FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN THE IMPOSITION OF SANCTIONS, UP TO AND INCLUDING CASE-DISPOSITIVE SANCTIONS.**

    IT IS SO ORDERED.

    Dated: April 14, 2021

                                                    Nancy J. Koppe <br>
                                                  United States Magistrate Judge

---

[1] Defendants' discovery plan misstates this deadline by calculating it from a later answer date. *See* Docket No. 18 at 1. Moreover, Defendants' discovery plan miscalculates the discovery cutoff from the later answer date. *See id.* at 2; *but see* Local Rule 26-1(b)(1) (discovery cutoff is calculated from the "date the first defendant answered *or otherwise appeared*" (emphasis added)).

1