**BROCK K. OHLSON, ESQ.**
Nevada Bar No. 12262
**JUSTIN A. CORNE, ESQ.**
Nevada Bar No. 14504
**BROCK K. OHLSON PLLC**
6060 Elton Avenue, Suite A
Las Vegas, NV 89107
Telephone (702) 982-0055
Facsimile (702) 982-0150
E-mail: efile@injured.vegas

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY TORRES,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>GUSTAVO CONCHAS, individually; THE FISHEL COMPANY, an Ohio Foreign Corporation; DOES 1 through 20, inclusive; and ROE BUSINESS ENTITIES 1 through 20, inclusive,<br><br>　　　　　　Defendants. | Case No.: 2:21-cv-00046-JAD-NJK<br><br>**PLAINTIFF'S NOTICE<br>OF DISASSOCIATION<br>OF COUNSEL** |

　　　　PLEASE TAKE NOTICE that Ian M. McMenemy, Esq. is no longer associated with BROCK K. OHLSON PLLC. Thus, his contact information should be removed from the service list in this matter.

　　　　BROCK K. OHLSON PLLC, continues to serve as counsel for Anthony Torres. All future correspondence and papers in this action should continue to be directed to all other attorneys on the CM/ECF service list as follows:

　　　　Daniel S Simon dsimon@lasvegas.net, ashley@simonlawlv.com, ben@simonlawlv.com, janelle@danielsimonlaw.com, janelle@simonlawlv.com;

1

Joel Z. Schwarz joel@h1lawgroup.com, Dekova@h1lawgroup.com, Karen@h1lawgroup.com, candiceali@H1lawgroup.com, lawclerk@h1lawgroup.com, lisa@h1lawgroup.com

Benjamin J Miller ben@simonlawlv.com

Ashley Marie Ferrel ashley@simonlawlv.com

Brock K. Ohlson brock@injured.vegas, efile@injured.vegas

Justin A Corne justin@injured.vegas

Clifton Jared Clark jared@cjclarklawgroup.com, jason@cjclarklawgroup.com, susan@cjclarklawgroup.com

DATED: this 17th day of March, 2022.

                                                              **BROCK K. OHLSON PLLC**

*/s/ Brock Ohlson /s/*
BROCK K. OHLSON, ESQ.
Nevada Bar No. 12262
JUSTIN A. CORNE, ESQ.
Nevada Bar No. 14504
6060 Elton Avenue, Suite A
Las Vegas, NV 89107

IT IS SO ORDERED.
Dated:  March 21, 2022
.
.
.
_____
Nancy J. Koppe
United States Magistrate Judge

2