1  **HONE LAW**
Joel Z. Schwarz, NV Bar No. 9181
2  jschwarz@hone.law
Kathryn C. Newman, NV Bar No. 13733
3  knewman@hone.law
701 N. Green Valley Parkway, Suite 200
4  Henderson, NV 89074
Phone  702-608-3720
5  Fax    702-608-7814

6  *Attorneys for Defendants*

7              UNITED STATES DISTRICT COURT

8                 DISTRICT OF NEVADA

9  ANTHONY TORRES,                              Case No.:  2:21-cv-00046-JAD-NJK

10                   Plaintiff,

11         vs.                                   **ORDER GRANTING REQUEST FOR
                                                 EXTENSION OF DEADLINE TO FILE
12  GUSTAVO CONCHAS, individually; THE           PROPOSED ORDER OF DISMISSAL**
    FISHEL COMPANY, an Ohio Foreign
13  Corporation; DOES 1 through 20, inclusive;
    and ROE BUSINESS ENTITIES 1 through 20,          ECF No. 66
14  inclusive,

15                   Defendants.

16

17         Plaintiff Anthony Torres ("Plaintiff") and Defendants Gustavo Conchas and The Fishel

18  Company (together, "Defendants," and collectively "the Parties"), by and through their

19  respective undersigned counsel of record, hereby jointly Notify the Court:

20         1.      The documentation of the Parties' settlement, as referenced in the June 23, 2022

21  Joint Notice of Settlement and Request for Stay of Proceedings [ECF No. 62] has been

22  completed, a settlement agreement has been executed by the Parties, and performance of the

23  terms of the settlement agreement is ongoing.

24         2.      The Parties anticipate that the performance of the terms of the settlement

25  agreement will be substantially completed within the next 7-10 business days, at which point the

26  Parties will file a proposed order of dismissal.

27  / / /

28  / / /

3.      While it remains possible that a proposed order of dismissal will be filed before the current August 21, 2022 deadline set forth in ECF No. 63, in an abundance of caution the Parties respectfully request an extension of the deadline to file a proposed order of dismissal to **August 31, 2022**.

Dated this 17th day of August 2022.

SIMON LAW

 */s/ Benjamin J. Miller*
Daniel S. Simon, Esq., NV Bar No. 4750
dan@simonlawlv.com
Benjamin J. Miller, Esq., NV Bar No. 10406
ben@simonlawlv.com
Ashley M. Ferrel, Esq., NV Bar No. 122027
ashley@simonlawlv.com
810 South Casino Center Boulevard
Las Vegas, NV 89101

BROCK K. OHLSON PLLC
Brock K. Ohlson, NV Bar No. 12262
brock@injured.vegas
Justin A. Corne, NV Bar No. 14504
efile@injured.vegas
6060 Elton Avenue, Suite A
Las Vegas, NV 89107

CLARK LAW GROUP, PLLC
C. Jared Clark, NV Bar No. 13672
Jared@cjclarklawgroup.com
6655 W. Sahara Avenue, Suite A212
Las Vegas, NV 89146

*Attorneys for Plaintiff*

Dated this 17th day of August 2022.

HONE LAW

 */s/ Joel Z. Schwarz*
Joel Z. Schwarz, NV Bar No. 9181
jschwarz@hone.law
Kathryn C. Newman, NV Bar No. 13733
knewman@hone.law
701 N. Green Valley Parkway, Suite 200
Henderson, NV 89074

*Attorneys for Defendants*

IT IS SO ORDERED:

_____
U.S. District Judge
August 25, 2022

2