**HONE LAW**
Joel Z. Schwarz, NV Bar No. 9181
jschwarz@hone.law
Kathryn C. Newman, NV Bar No. 13733
knewman@hone.law
701 N. Green Valley Parkway, Suite 200
Henderson, NV 89074
Phone   702-608-3720
Fax       702-608-7814

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY TORRES, | Case No.: 2:21-cv-00046-JAD-NJK |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| GUSTAVO CONCHAS, individually; THE FISHEL COMPANY, an Ohio Foreign Corporation; DOES 1 through 20, inclusive; and ROE BUSINESS ENTITIES 1 through 20, inclusive, | ECF No. 67 |
| Defendants. | |

Plaintiff Anthony Torres ("Plaintiff") and Defendants Gustavo Conchas and The Fishel Company (together, "Defendants," and collectively "the Parties"), by and through their respective undersigned counsel of record, hereby stipulate that the Parties have agreed to resolve the case between them by way of settlement.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /



1

The Parties further stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), that this Court shall enter a dismissal of Plaintiff's Complaint and all amendments thereto in this action with prejudice as to the Defendants. The Parties further stipulate that each party shall bear its own costs and attorneys' fees.

| | |
|---|---|
| Dated this 24th day of August 2022. | Dated this 24th day of August 2022. |
| SIMON LAW | HONE LAW |
| /s/ Daniel S. Simon | /s/ Joel Z. Schwarz |
| Daniel S. Simon, Esq., NV Bar No. 4750<br>dan@simonlawlv.com<br>Benjamin J. Miller, Esq., NV Bar No. 10406<br>ben@simonlawlv.com<br>Ashley M. Ferrel, Esq., NV Bar No. 122027<br>ashley@simonlawlv.com<br>810 South Casino Center Boulevard<br>Las Vegas, NV 89101 | Joel Z. Schwarz, NV Bar No. 9181<br>jschwarz@hone.law<br>Kathryn C. Newman, NV Bar No. 13733<br>knewman@hone.law<br>701 N. Green Valley Parkway, Suite 200<br>Henderson, NV 89074<br><br>*Attorneys for Defendants* |
| BROCK K. OHLSON PLLC<br>Brock K. Ohlson, NV Bar No. 12262<br>brock@injured.vegas<br>Justin A. Come, NV Bar No. 14504<br>efile@injured.vegas<br>6060 Elton Avenue, Suite A<br>Las Vegas, NV 89107 | |
| CLARK LAW GROUP, PLLC<br>C. Jared Clark, NV Bar No. 13672<br>Jared@cjclarklawgroup.com<br>6655 W. Sahara Avenue, Suite A212<br>Las Vegas, NV 89146 | |
| *Attorneys for Plaintiff* | |

## ORDER

Based on the parties' stipulation [ECF No. 67] and good cause appearing, IT IS HEREBY ORDERED that **THIS ACTION IS DISMISSED** with prejudice, each side to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

_____
UNITED STATES DISTRICT COURT JUDGE
Dated: August 25, 2022

